UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Marlettia Smith

13

Bky No. 17-10191 - elf

Debtor(s).

**ORDER**

     **AND NOW,** this 31st day of July 2017, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

     **ORDERED** that counsel fees in the amount **$3,000.00** less **$937.00** already paid with a remaining balance of $2,073.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**