# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-10191-elf** |
| **Marlettia Smith AKA Marletta Smith** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| : | |
| **U.S. Bank National Association, as** : | **Date and Time of Hearing** |
| **Trustee for SASCO Mortgage Loan** : | **Place of Hearing** |
| **Trust 2005-WF4** : | **October 3, 2017 at 9:30 a.m.** |
| **Movant,** : | |
| vs : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #1** |
| **Marlettia Smith AKA Marletta Smith** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4 has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4 to foreclose on 5655 W Berks St, Philadelphia, PA 19131 (First Mortgage).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 20, 2017, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

17-002347_FXF

United States Trustee, Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on October 3, 2017 at  9:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   September 5, 2017

17-002347_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-10191-elf** |
| **Marlettia Smith AKA Marletta Smith** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as** | : | **Date and Time of Hearing** |
| **Trustee for SASCO Mortgage Loan** | : | **Place of Hearing** |
| **Trust 2005-WF4** | : | **October 3, 2017 at 9:30 a.m.** |
| **Movant,** | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **Marlettia Smith AKA Marletta Smith** | : | **Philadelphia, PA, 19107** |
| | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date and Motion for Relief from the Automatic Stay to permit U.S. Bank National Association, as Trustee for SASCO Mortgage Loan Trust 2005-WF4 to foreclose on 5655 W Berks St, Philadelphia, PA 19131 (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Brandon J. Perloff, Attorney for Marlettia Smith AKA Marletta Smith, 1429 Walnut Street Suite 701, Philadelphia, PA 19102, bperloff@kminjurylawyers.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 5, 2017:

17-002347_FXF

Marlettia Smith AKA Marletta Smith, 5655 W. Berks Street, Philadelphia, PA  19131

Marlettia Smith AKA Marletta Smith, 5655 W Berks St, Philadelphia, PA 19131

DATE:  September 5, 2017

/s/ Kimberly A. Bonner

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-002347_FXF