**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-10191 |
| **Marlettia Smith AKA Marletta Smith** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association, as** | : | Date and Time of Hearing |
| **Trustee for SASCO Mortgage Loan** | : | Place of Hearing |
| **Trust 2005-WF4** | : | October 31, 2017 at 9:30 a.m. |
| **Movant,** | : | |
| **vs** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| **Marlettia Smith AKA Marletta Smith** | : | Philadelphia, PA, 19107 |
| | : | |
| **William C. Miller** | | Related Document # 42 |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this  1st  day of  November , 2017, upon consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay (Doc. #50), it is hereby **ORDERED,** that:

1. The terms of the foregoing Stipulation are hereby approved.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**