United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10191-elf
Marlettia Smith                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Nov 01, 2017
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db            +Marlettia Smith,   5655 W. Berks Street,   Philadelphia, PA 19131-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
          BRANDON J. PERLOFF    on behalf of Debtor Marlettia  Smith bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          KARINA  VELTER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-10191 |
| Marlettia Smith AKA Marletta Smith | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| U.S. Bank National Association, as | : | Date and Time of Hearing |
| Trustee for SASCO Mortgage Loan | : | Place of Hearing |
| Trust 2005-WF4 | : | October 31, 2017 at 9:30 a.m. |
| Movant, | : | |
| | : | U.S. Bankruptcy Court |
| vs | : | 900 Market Street, Courtroom #1 |
| | : | Philadelphia, PA, 19107 |
| Marlettia Smith AKA Marletta Smith | : | |
| | : | |
| | | Related Document # 42 |
| William C. Miller | | |
| Respondents. | | |

**ORDER OF COURT**

AND NOW, this     1st     day of _____November_____, 2017, upon
consideration of the parties' Stipulation for Settlement of Movant's Motion for Relief from the
Automatic Stay (Doc. #50), it is hereby **ORDERED,** that:

1.      The terms of the foregoing Stipulation are hereby approved.

2.      Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon
default of Debtor, subject to the terms of the Stipulation.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**