# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Marlettia Smith | : | Bankruptcy No. 17-10191-elf |

## CERTIFICATION OF NO RESPONSE
## TO DEBTOR'S MOTION MODIFY CONFIRMED PLAN

I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that, I have received no responses or objections to the debtor's Motion to Modify the Confirmed plan.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: November 27, 2017

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
Attorney for the Debtor
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
267-457-5570