# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
Marlettia Smith :
 :
    Debtor : BANKRUPTCY NO.: 17-10191-ELF

## RESPONSE TO CERTIFICATION OF DEFAULT

    Debtor, by her attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Certification of Default, respectfully represents the following:

    1.    The Debtor has made post-petition payments in accordance with her stipulation dated November 1, 2017, and is currently gathering proof of said payments.

    2.    Any past-due payments actually due at this time will be cured promptly.

    WHEREFORE, Debtor prays that the Movant's request for relief be denied.

                                                       /s/ Brandon J. Perloff
                                                      Brandon J. Perloff Esquire.
Date: March 20, 2018                             Attorney for Debtor