*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marlettia Smith
    Debtor(s)

Case No: 17−10191−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement Filed by KARINA VELTER on behalf of U.S. BANK NATIONAL ASSOCIATION

on: 4/3/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/23/18

Timothy B. McGrath
Clerk of Court

65 – 63
Form 167