United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10191-elf
Marlettia Smith                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela              Page 1 of 1            Date Rcvd: Mar 23, 2018
                      Form ID: 167            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db          +Marlettia Smith,   5655 W. Berks Street,    Philadelphia, PA 19131-3120
cr           WELLS FARGO BANK, N.A.,   MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN  55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
        BRANDON J. PERLOFF    on behalf of Debtor Marlettia  Smith bperloff@kminjurylawyers.com, kmecf1429@gmail.com
        KARINA  VELTER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
        KIMBERLY A. BONNER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Marlettia Smith
    Debtor(s)

Case No: 17−10191−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement Filed by KARINA VELTER on behalf of U.S. BANK NATIONAL ASSOCIATION

on: 4/3/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 3/23/18

For The Court

Timothy B. McGrath
Clerk of Court

65 − 63
Form 167