# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-10191** |
| **Marlettia Smith AKA Marletta Smith** | **Chapter 13** |
| | **Judge Eric L. Frank** |
| **Debtor(s)** | ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| vs | **June 5, 2018 at 9:30 a.m.** |
| | |
| **Marlettia Smith AKA Marletta Smith** | **U.S. Bankruptcy Court** |
| | **900 Market Street, Courtroom #1** |
| **William C. Miller** | **Philadelphia, PA, 19107** |
| **Respondents.** | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

JPMorgan Chase Bank, N.A. has filed a Certification of No Objection Regarding Motion for Relief from the Automatic Stay with the Court to permit JPMorgan Chase Bank, N.A. to foreclose on 2014 Chevrolet Impala Limited, VIN # 2G1WB5E30E1190455.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before May 26, 2018, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee

18-012396_FXF

833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on June 5, 2018 at 9:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  May 11, 2018

18-012396_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-10191** |
| **Marlettia Smith AKA Marletta Smith** | **Chapter 13** |
| | **Judge Eric L. Frank** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| Movant, | **Place of Hearing** |
| vs | **June 5, 2018 at 9:30 a.m.** |
| | |
| **Marlettia Smith AKA Marletta Smith** | **U.S. Bankruptcy Court** |
| | **900 Market Street, Courtroom #1** |
| **William C. Miller** | **Philadelphia, PA, 19107** |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief with the Court to permit JPMorgan Chase Bank, N.A. to foreclose on 2014 Chevrolet Impala Limited, VIN # 2G1WB5E30E1190455, was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Brandon J. Perloff, Attorney for Marlettia Smith AKA Marletta Smith, 1429 Walnut Street Suite 701, Philadelphia, PA 19102, bperloff@kminjurylawyers.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 11, 2018:

18-012396_FXF

Marlettia Smith AKA Marletta Smith, 5655 W. Berks Street, Philadelphia, PA  19131

DATE:  May 11, 2018

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-012396_FXF