## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                         :        **Chapter 13**

                                    :

**Marlettia Smith**           :        **Bankruptcy No. 17-10191-elf**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Debtor's Response to Motion for Relief (Doc # 77, filed on 5/25/18).

Respectfully submitted,

DATE: June 4, 2018                /s/ Brandon Perloff, Esq
                                      Brandon Perloff, Esquire
                                      Attorney for the Debtor
                                      1429 Walnut Street, Suite 701
                                      Philadelphia, PA 19102
                                      267-457-5570