**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | |
|---|---|---|
| | : | Case No.: 17-10191-elf |
| **Marlettia Smith AKA Marletta Smith** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | June 5, 2018 at 9:30 a.m. |
| | : | _____ |
| **Marlettia Smith AKA Marletta Smith** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| **William C. Miller** | : | Philadelphia, PA, 19107 |
| Respondents. | : | |

**ORDER OF COURT**

AND NOW, this __6th__ day of __June__, 20__18__, upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), and the withdrawal of the response thereto, it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor located at 2014 Chevrolet Impala Limited, VIN # 2G1WB5E30E1190455, and more particularly described in the Title, recorded March 10, 2016, at Instrument Number 75280077.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**