United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10191-elf
Marlettia Smith                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jun 06, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Marlettia Smith,    5655 W. Berks Street,    Philadelphia, PA 19131-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Marlettia  Smith bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 17-10191-elf |
| **Marlettia Smith AKA Marletta Smith** | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| vs | : | June 5, 2018 at 9:30 a.m. |
| | : | _____ |
| **Marlettia Smith AKA Marletta Smith** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #1 |
| **William C. Miller** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

**ORDER OF COURT**

AND NOW, this  6th  day of  June , 20 18 , upon consideration of the Motion for Relief from the Automatic Stay filed by JPMorgan Chase Bank, N.A. ("Creditor"), [and the withdrawal of the response thereto,] it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of JPMorgan Chase Bank, N.A. in and to the Collateral of Debtor located at 2014 Chevrolet Impala Limited, VIN # 2G1WB5E30E1190455, and more particularly described in the Title, recorded March 10, 2016, at Instrument Number 75280077.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**