UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLETTIA SMITH                                  Chapter 13

                    Debtor            Bankruptcy No. 17-10191-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 20, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

Debtor:
MARLETTIA SMITH

5655 W. BERKS STREET

PHILADELPHIA, PA 19131